UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Heather Hilger,

Plaintiff,

vs.

Head Lites Corporation, a Minnesota Corporation,

Defendant.

Civil No. 00-01936 (DDA/SRN)

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, by and through the undersigned counsel, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: 2/19/, 2001

ARNDT & BENTON, P.A.

Kathryn K. Smith #260812

1012 Grain Exchange
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-5473

Attorney for plaintiff

FILED MAR 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 13, 2001

FAEGRE & BENSON LLP

Daniel G. Wilczek, #131660
Holly M. Robbins, #260381

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Attorneys for defendant

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: MAR 2 2 2001, 2001

The Honorable Donald D. Alsop
Senior U.S. District Court Judge

M1:709420.01